NUMBER 13-09-584-CV
 

 

COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


 


IN RE: ROBERT ALANIZ D/B/A A B CONSTRUCTION

 

 

On Petition for Writ of Mandamus 


MEMORANDUM OPINION



Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam




 Relator, Robert Alaniz d/b/a A B Construction, filed a petition for writ of mandamus
in the above cause on October 21, 2009. 

 The Court, having examined and fully considered the petition for writ of mandamus,
appendix, and record, is of the opinion that relator has not shown himself entitled to the
relief sought. Accordingly, relator's petition for writ of mandamus is hereby DENIED. See
Tex. R. App. P. 52.8(a).

 


 PER CURIAM


Memorandum Opinion delivered 

and filed this 4th day of November, 2009.